1  Paul S. Saghera (State Bar No. 158523)                JS-6
2  paul@chugh.com
   **THE CHUGH FIRM**
3  A Professional Corporation
   15925 Carmenita Road
4  Cerritos, CA 90703-2206

5  Telephone:  (562) 229-1220
   Facsimile:   (562) 229-1221
6  Email:       paul@chugh.com

7
   Attorneys for: Defendants, B R GROUP OF HOTELS, INC. and CHOICE
8  HOTELS INTERNATIONAL, INC.

9

10                 **UNITED STATES DISTRICT COURT**

11                **CENTRAL DISTRICT OF CALIFORNIA**

12

| | |
|---|---|
| 13  JON ROSE, an individual | CASE NO.:  CV11-09870 DMG (RZx) |
| 14 | **ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [13]** |
| 15            Plaintiff, | |
| 16 | |
| 17  v. | |
| 18 | |
| 19  B R GROUP OF HOTELS, INC., a California corporation; CHOICE HOTELS INTERNATIONAL, INC., a Delaware corporation; and DOES 1-10, inclusive, | |
| 20 | |
| 21 | |
| 22 | |
| 23            Defendants. | |

24
25
26
27
28

The
Chugh
Firm

1

[PROPOSED] ORDER RE DISMISSAL OF ACTION

In accordance with the Stipulation of Dismissal filed by Plaintiff Jon Rose and Defendants B R Group of Hotels, Inc. and Choice Hotels International Inc. by and through their respective counsel of record, pursuant to a full and final settlement entered into between the parties,

IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice in its entirety.

Dated:  October 11, 2012

_____
DOLLY M. GEE
United States District Judge