Paul S. Saghera (State Bar No. 158523)
paul@chugh.com

**THE CHUGH FIRM**
A Professional Corporation
15925 Carmenita Road
Cerritos, CA 90703-2206

Telephone:   (562) 229-1220
Facsimile:   (562) 229-1221
Email:          paul@chugh.com

Attorneys for: Defendants, B R GROUP OF HOTELS, INC. and CHOICE HOTELS INTERNATIONAL, INC.

JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON ROSE, an individual<br><br><br>        Plaintiff,<br><br>v.<br><br><br>B R GROUP OF HOTELS, INC., a California corporation; CHOICE HOTELS INTERNATIONAL, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>        Defendants. | CASE NO.:  CV11-09870 DMG (RZx)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [13]** |

The
Chugh
Firm

1

1    In accordance with the Stipulation of Dismissal filed by Plaintiff Jon Rose

2  and Defendants B R Group of Hotels, Inc. and Choice Hotels International Inc. by

3  and through their respective counsel of record, pursuant to a full and final

4  settlement entered into between the parties,

5    IT IS HEREBY ORDERED that the above-captioned action is dismissed

6  with prejudice in its entirety.

7

8  Dated:  October 11, 2012

DOLLY M. GEE
United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The
Chugh
Firm

2

[PROPOSED] ORDER RE DISMISSAL OF ACTION